| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF CARVER** | **FIRST JUDICIAL DISTRICT** |
| | Case Type: Civil Other |

| | |
|---|---|
| Kristi Driggers, | Court File No.: |
| Plaintiff, | |
| vs. | |
| U.S. Bank, N.A. d/b/a Elan Financial Services, | **Notice of Filing of Notice of Removal** |
| Defendant. | |

Defendant U.S. Bank National Association d/b/a Elan Financial Services, hereby gives notice that on July 11, 2017, it filed the Notice of Removal attached hereto as Exhibit A in the United States District Court for the District of Minnesota in accordance with 28 U.S.C. § 1446.

Dated: July 11, 2017                FAEGRE BAKER DANIELS LLP

 *s/ Jessica Z. Savran*
Jessica Z. Savran (#0348983)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
U.S. Bank National Association d/b/a
Elan Financial Services

US.113117704.01